934

No. 639. ZAMLOCH v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Leo R. Friedman* for petitioner. *Solicitor General Perlman, Assistant Attorney General Mc-Inerney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 640. BANGOR & AROOSTOOK RAILROAD Co. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Certiorari denied. *Joseph M. Jones* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *Irving I. Axelrad* for respondent.

No. 641. MORGAN v. GRIFFITH REALTY Co. C. A. 10th Cir. Certiorari denied. *James M. Barnes* for petitioner.

No. 642. LYNCH v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *C. W. Halverson* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *Robert N. Anderson* for the United States.

No. 654. GINSBURG v. BLACK ET AL.; and
No. 655. GINSBURG v. FIRST NATIONAL BANK OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied. *John W. Cragun* for petitioner. *Guy A. Gladson* for Black et al., and *Frank L. Paul* for the First National Bank of Chicago, respondents.

No. 656. HOUSTON & NORTH TEXAS MOTOR FREIGHT LINES, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Carl L. Phinney* and *Sam R. Sayers* for petitioner. *Solicitor General Perlman, George J. Bott, David P. Findling, Mozart G. Ratner* and *Frederick U. Reel* for respondent.